**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

June 12, 2025

## LETTER ORDER

Re:   *Paul J. Mathieu v. Citibank, N.A., et al.*
       Civil Action No. 22-4871 (ES) (JSA)

Dear Counsel:

On November 4, 2024, The Honorable Jessica S. Allen, U.S.M.J., issued an Order to Show Cause ("OTSC") providing that by no later than November 25, 2024, *pro se* plaintiff Paul J. Mathieu ("Plaintiff") shall, in accordance with Local Civil Rule 41.1(a), show cause in writing why his claims against defendant Citibank, N.A. ("Citibank") should not be dismissed with prejudice for failure to prosecute and failure to comply with Court Orders. (D.E. No. 116 at 2). Judge Allen further stated in the OTSC that failure to submit a written response would result in Her Honor issuing a recommendation to the Undersigned that Plaintiff's Complaint (D.E. No. 1) be dismissed against defendant Citibank *with prejudice*. (D.E. No. 116 at 2). Judge Allen also directed the Clerk of Court to serve a copy of the OTSC on Plaintiff via both regular and certified U.S. Mail, return receipt requested. (*Id.*).

On May 15, 2025, Judge Allen issued a Report and Recommendation ("R&R") noting that to date Plaintiff has failed to show cause as ordered and recommending that the Court dismiss Plaintiff's claims against defendant Citibank *with prejudice* for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). (D.E. No. 123). Judge Allen also directed the Clerk of Court to serve a copy of the R&R on Plaintiff. (*Id.* at 7). Judge Allen provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72(b)(2), and Local Civil Rule 72.1(c)(2). (*Id.*). The parties did not file any objections.

Accordingly, having reviewed the record and Judge Allen's unopposed R&R, and for the reasons stated therein and for good cause shown,

**IT IS** on this 12th day of June 2025,

**ORDERED** that Judge Allen's unopposed R&R (D.E. No. 123) is **ADOPTED** in full; and

it is further

1

**ORDERED** that all of Plaintiff's claims against defendant Citibank, N.A. in the Complaint (D.E. No. 1) are **DISMISSED** *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Number 123; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of this Order to Plaintiff via regular and certified U.S. Mail, return receipt requested.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**